## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF VIRGINIA
(Richmond Division)

| | |
|---|---|
| ANDREW MALON, individually and on behalf of all others similarly situated, ) ) ) | |
| Plaintiff, ) ) ) | C.A. No. 3:14-cv-00671 |
| v. ) ) | **PLAINTIFF'S MOTION TO** |
| FRANKLIN FINANCIAL CORPORATION, ) RICHARD T. WHEELER, JR., HUGH T. ) HARRISON II, WARREN A. MACKEY, ) ELIZABETH W. ROBERTSON, GEORGE L. ) SCOTT, RICHARD W. WILTSHIRE, JR., ) PERCY WOOTTON, FRANKLIN FEDERAL ) SAVINGS BANK, and TOWNEBANK, ) ) | **VOLUNTARILY DISMISS THE ACTION WITHOUT PREJUDICE PURSUANT TO FED. R. CIV. P. 41(a)(2)** |
| Defendants. ) ) | |

Pursuant to Fed. R. Civ. P. 41(a)(2), Plaintiff Andrew Malon, by his undersigned counsel, respectfully moves this Court to enter an order dismissing the above-captioned action, and all of the attendant individual, class and derivative claims asserted therein against Defendants, without prejudice. In support of this Motion, Plaintiff submits a memorandum of law herewith.

Date: December 8, 2014

/s/ Elizabeth K. Tripodi
Elizabeth K. Tripodi, VA Bar #73483
LEVI & KORSINSKY LLP
1101 30th St. NW, Suite 115
Washington, D.C. 20007
Telephone:   (202) 524-4290
Facsimile:    (202) 333-2121
etripodi@zlk.com

Joseph E. Levi
Julia J. Sun
LEVI & KORSINSKY LLP
30 Broad Street, 24th Floor
New York, New York 10004

Telephone: (212) 363-7500
Facsimile: (866) 367-6510
jsun@zlk.com

*Attorneys for Plaintiff*

## **CERTIFICATE OF SERVICE**

I hereby certify that on December 8, 2014, the foregoing Plaintiff's Motion to Voluntarily Dismiss the Action Without Prejudice Pursuant to Fed. R. Civ. P. 41(a)(2) and accompanying documents were filed with the Clerk of Court using the CM/ECF system, which then sent a notification of such filing (NEF) to all counsel of record.

Date: December 8, 2014

                                        /s/ Elizabeth K. Tripodi
                                        Elizabeth K. Tripodi, VA Bar #73483
                                        LEVI & KORSINSKY LLP
                                        1101 30th St. NW, Suite 115
                                        Washington, D.C. 20007
                                        Telephone:   (202) 524-4290
                                        Facsimile:    (202) 333-2121
                                        etripodi@zlk.com